### 17028.   WOOD *v.* THE STATE.

LUKE, J.   This case being here upon the general grounds of the motion for a new trial only, and there being evidence to support the verdict of guilty, and the verdict being approved by the trial judge, this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 2, 1926.

Pointing pistol; from Pulaski superior court—Judge Graham. October 17, 1925.

*H. E. Coates,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 271, n. 41.